THE FEDERAL LAND BANK OF COLUMBIA v. L. D. MANEY AND WIFE, M. N. MANEY ET AL.

(Filed 20 September, 1933.)

**Appeal and Error J d—**

> Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by plaintiff from *Alley, J.,* at February Term, 1933, of BUNCOMBE.

Civil action for debt and to foreclose mortgage.

From a verdict and judgment for defendants, the plaintiff appeals, assigning errors.

*Charles E. Jones and Arthur W. Holler, Jr., for plaintiff.*

*J. E. Swain for defendants.*

PER CURIAM. The Court being evenly divided in opinion, *Brogden, J.,* not sitting, the judgment stands affirmed without becoming a precedent

in accordance with the general rule of appellate courts in such situations. *Garrison v. R. R.,* 202 N. C., 851, 164 S. E., 115; *Nebel v. Nebel,* 201 N. C., 840, 161 S. E., 223; *Durham v. Lloyd,* 200 N. C., 803, 157 S. E., 136.

Affirmed.